# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:18 CR 0067 |
| Plaintiff, | JUDGE CARR |
| -vs- | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| **DAREK LATHAN,** | David Klucas (0041188)<br>1900 Monroe Street<br>Toledo, Ohio 43604 |
| Defendant. | PH: (419) 255-1102<br>FX: (419) 255-1415<br>Davek@buckeye-access.com<br>Attorney for Defendant Darek Lathan |

Now comes Attorney David Klucas, who respectfully requests an Order from this Court permitting him to withdraw as counsel of record for Mr. Lathan. As grounds for this motion, Attorney Klucas says Mr. Lathan filed a civil suit naming Attorney Klucas as a defendant in the Lucas County Court of Common Pleas, Case No. CI19-2949. The complaint alleges legal malpractice. Because of this lawsuit, Attorney Klucas believes he is not permitted to remain as counsel of record for Mr. Lathan.

Respectfully Submitted,

/s/ David Klucas
David Klucas
Attorney for Defendant Darek Lathan

**Certification**

     This shall certify that a copy of the forgoing was sent this 27th day of July, 2019, to all counsel of record via the Court's Electronic Filing System and sent by regular U.S. Mail to Mr. Darek Lathan, 65419-060, MDC Los Angeles, P.O.Box 1500, Los Angeles, CA, 90053.

                                            /s/ David Klucas
                                            David Klucas