IN THE UNITED STATES DIST. COURT
NORTHERN DIST.
WESTERN DIVISION

FILED
DEC 04 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

United States of America
Plaintiff

-v-

Darek Latham
Defendant

Case # 3:18CR-67
Judge: James G. Carr

## Motion requesting court releive counsel

Now come the defendant and move this court to releive counsel and allow defendant to proceed pro-se. This request is further supported in the memorandum.

Respectfully,
Darek Latham

## Memorandum

On 11/20/19 defendant was appointed counsel to for a competency exam. Counsel has failed to consult with defendant about the 30 witnesses defendant plans to subpoena. Some of these witneses are members of congress who do not live within the 100 miles of ~~~ where the district court sit. Therefore requiring a deposition to be taken if the subpoena witness do not voluntarily appear. Defendant is entitled to subpoena witnesses and testify at a competency hearing. If counsel fail to timely obtain the names of witnesses outside of the 100 miles of the district court which require depositions pursuant to Fed. Civ. R. 32(A)(3)(B)(D) counsel is ineffective.

Respectfully,
Darek Latham

## Proof of Service

I, DAREK LATHAN, certify a true copy of the foregoing was sent to the clerk of court on this 29th day of Nov, 2019.

Respectfully,
Darek Latham