LATHAN #201904393
CORRECTIONS CENTER OF
NORTHWEST OHIO
03151 COUNTY ROAD 2425
STRYKER, OH 43557-9418

Case: 3:18-cr-00067-GCS  Doc #: 64-1  Filed: 12/04/19  1 of 1.  PageID #: 355

METROPLEX MI 480

29 NOV 2019 PM 7 L

FOREVER USA

Barn Swallow

Clerk of courts
1716 spielbusch
Toledo, oh. 43604

This correspondence is from an offender under the custody of the CCNO. The CCNO is not responsible for the substance or content. Objectionable material may be returned to the Director of Security & Operations.

43604-536399