IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,            Case No. 3:18 CR 67

         Plaintiff,            <u>ORDER OF RECUSAL</u>

   -vs-

                             JUDGE JACK ZOUHARY

Darek Lathan,

         Defendant.

This Court has determined that recusal is necessary.

This case is returned to the Clerk for reassignment/designation to another District Judge outside the Northern District of Ohio pursuant to the provisions of Title 28 U.S.C. Section 292(b).

IT IS SO ORDERED.

                                       s/ *Jack Zouhary*
                                       JACK ZOUHARY
                                       U. S. DISTRICT JUDGE

                                       December 12, 2019