IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no. 3:18-cr-00067-GCS-1 |
| Plaintiff, | Hon. George Caram Steeh |
| v. | MOTION OF COUNSEL FOR DEFENDANT TO WITHDRAW |
| DAREK LATHAN, | |
| Defendant. | |

Thomas Kurt, attorney for defendant Derek Lathan, moves to withdraw from further representation of defendant, and for appointment of successor CJA counsel.

MEMORANDUM

Undersigned counsel's representation of defendant is in apparent conflict with his representation of another individual in a separate criminal matter before the district court. Defendant was made aware of this conflict, and had indicated a willingness to waive the conflict, however undersigned counsel does not anticipate that defendant will do so at this time.

Respectfully submitted,

s/ Thomas P. Kurt
_____
Thomas P. Kurt
Attorney for Defendant
610 Adams Street
Toledo, Ohio  43604
Ph. (419) 214-5495

1

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Defendant was served with this motion by placing a copy of same in the United States mail, first class postage prepaid and addressed to:

Derek Lathan
c/o CCNO
3151 Co Rd 2425
Stryker, OH 43557

On January 23, 2020.

s/ Thomas P. Kurt
_____